## GARNER *v.* CALIFORNIA.

No. 22, Misc.   Decided March 13, 1967.

Petitioner *pro se.*

*Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *John F. Kraetzer,* Deputy Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case remanded for further consideration in light of *Chapman* v. *California, ante,* p. 18.

MR. JUSTICE STEWART would grant certiorari and reverse the judgment for the reasons stated in his opinion concurring in the result in *Chapman* v. *California, ante,* at 42.